WR-83,446-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/24/2015 8:51:29 AM
Accepted 7/24/2015 9:07:36 AM
ABEL ACOSTA
CLERK

RECEIVED
COURT OF CRIMINAL APPEALS
7/24/2015
ABEL ACOSTA, CLERK

WR-83,446-01
T.C. NO. 970D11232

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

**MOTION DISMISSED**
**DATE:** 7-27-15
**BY:** Rc

EX PARTE:

BENJAMIN ELIAS

APPLICANT'S MOTION FOR RECONSIDERATION/REHEARING

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the Applicant, Benjamin Elias and files his Motion for Reconsideration/Rehearing. Applicant would show the Court the following:

(a)    On June 12, 2015, the Court received Applicant's writ application.

(b)    On July 8, 2015, the Court denied relief without a written order.

(c)    On June 25, 2015, the trial court (Hon. Luis Aguilar, 243rd District Court) issued a bench warrant for purposes of an evidentiary hearing to be held on July 15, 2015.

(d)    The evidentiary hearing was actually conducted on July 16, 2015.

(e)    At the hearing, the State notified the Court and Applicant that relief had already been denied by the Court of Criminal Appeals.

(f)  Undersigned counsel had been appointed to pursue Applicant's 11.07 writ. At the evidentiary hearing, and over State's objection, the trial court heard matters, and took same under advisement.

(g) Because Applicant had been bench-warranted to El Paso County, he had not

**ELECTRONIC
RECORD**

yet received notice that the Court of Criminal Appeals had denied relief.

(h) Applicant and the trial court await ruling upon the instant motion in order to determine further action.

(i) Applicant moves that the Honorable Court of Criminal Appeals reconsider its decision denying relief, withdraw the order denying relief and wait until such time as the trial court submits its proposed findings and until such time as the court reporter sends a copy of the reporter's record to the District Clerk for transmittal to the Court of Criminal Appeals.

## PRAYER

WHEREFORE, Applicant prays that the Honorable Court of Criminal Appeals reconsider its denial of relief until the trial court submits its proposed findings and until the reporter's record is sent to the Court of Criminal Appeals for review; and then render a decision based upon these new matters now brought before the Honorable Court. Applicant thanks the Honorable Court.

Respectfully submitted,
___/S/ Matthew DeKoatz
Matthew DeKoatz, Attorney at Law
P.O. Box 1886
El Paso, Texas 79950
☎ (915) 626-8833
▤ (915) 541-8892
State bar ID: 05722300

## ACKNOWLEDGMENT OF SERVICE

I, MATTHEW DEKOATZ, hereby certify that a true and correct copy of the foregoing instrument, on this day, July 24, 2015, has been delivered via electronic mail to Mr. Tom Darnold, Esquire (Chief of the Appellate Division) of the office of the El Paso County District Attorney, 500 East San Antonio, 2nd floor, El Paso, Texas, 79901.

_/S/ Matthew DeKoatz_
MATTHEW DEKOATZ